UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 06-6113 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| JON LEE WASSERMAN AND KAREN WASSERMAN<br>Plaintiffs<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>Defendants | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiffs, JON LEE WASSERMAN AND KAREN WASSERMAN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/30, 2009    By: _____
Attorneys for Plaintiffs,
Jon Lee Wasserman and
Karen Wasserman

DATED: December 15, 2009    By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___JAN - 4 2010___

_____
Hon. Charles R. Breyer
United States District Court